# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00619-CV

**Keith Wiley, Appellant**

**v.**

**Hocutt, Inc., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
## NO. D-1-GN-14-002465, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Keith Wiley, acting pro se, filed a notice of appeal attempting to challenge an order granting summary judgment against Hocutt, Inc., one of the defendants in the underlying cause. However, that interlocutory judgment does not dispose of all parties and claims in the underlying cause and no signed severance order appears in the record. Without a final judgment or an otherwise appealable order, we may not exercise appellate jurisdiction. *See* Tex. Civ. Prac. & Rem. Code § 51.014; *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also Cuarto Petro Corp. v. McGill Real Estate, LLC*, No. 04-06-00788-CV, 2006 Tex. App. LEXIS 11023, at *1 (Tex. App.—San Antonio Dec. 27, 2006, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction because trial court's order did not dispose of all causes of action and record did not contain order of severance).

On October 6, 2015, this Court requested that Wiley file a written response demonstrating this Court's jurisdiction over his appeal. No response was filed. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: October 30, 2015